MICHAEL BAILEY
United States Attorney
District of Arizona
MELISSA MARCUS KROEGER
Assistant U.S. Attorney
Arizona State Bar No. 025209
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Email:  melissa.kroeger@usdoj.gov
Attorneys for United States of America

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Jodi Cross,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>United States of America,<br><br>　　　　　Defendant. | Case No.: _____<br><br>**NOTICE OF REMOVAL**<br><br>**(Pima County Consolidated Justice Court, Case No. CV19031741)** |

TO:   THE UNITED STATES DISTRICT COURT, DISTRICT OF ARIZONA

The United States of America, on behalf of Defendant Dr. Esperanza Montesclaros ("Dr. Montesclaros"), hereby gives notice of removal of this action from the Pima County Consolidated Justice Court, State of Arizona, to the U.S. District Court for the District of Arizona.  The action is removed pursuant to 42 U.S.C. § 233(c).

1.   This action was filed on or about November 6, 2019, in the Pima County Consolidated Justice Court, State of Arizona.  The Pima County Consolidated Justice Court case number is CV19031741.

2.   The Complaint names Dr. Montesclaros as the sole defendant.  The Complaint alleges that Dr. Montesclaros, a dentist, provided negligent dental care to Plaintiff Jodi Cross ("Plaintiff"), causing injury to Plaintiff.  Copies of all process and pleadings obtained from the state court are filed herewith.

3.   At all times alleged in the Complaint, Dr. Montesclaros was an employee of El Rio Santa Cruz Neighborhood Health Center ("El Rio"), an entity receiving federal grant money from the United States Public Health Service.  Pursuant to 42 U.S.C.

§233(g), as amended by the Federally Supported Health Care Centers Assistance Act of 1995 (Public Law 104-73), the United States Department of Health and Human Services has deemed El Rio and its employees who are licensed or certified health care practitioners, including Dr. Montesclaros, to be employees of the Public Health Service for purposes of coverage under Federal Tort Claims Act, 28 U.S.C. § 2671, *et seq.,* at all times described in the Complaint.

4. The Attorney General of the United States, acting by and through the Chief of the Civil Division for the U.S. Attorney's Office, District of Arizona, pursuant to the provisions of 42 U.S.C. § 233(c) and by virtue of the authority vested in the United States Attorney for the District of Arizona by 28 C.F.R. § 15.4 and delegated to the Chief of the Civil Division for the District of Arizona, has certified that Dr. Montesclaros was acting within the scope of employment as a deemed employee of the Public Health Service at the time of the acts or omissions alleged in the Complaint. *See* Certification of Scope of Employment filed herewith.

5. Pursuant to 42 U.S.C. §  233(c), upon certification by the Attorney General that a defendant was acting within the scope of deemed federal employment at the time of the incident out of which the claim arose, any civil action commenced upon a claim for damages for personal injury or death resulting from medical or related functions in a state court shall be removed without bond at any time before trial to the district court of the United States for the district and division where the action is pending and shall be deemed a tort action against the United States under 28 U.S.C. § 2679(d).   The United States is automatically substituted in place of the covered employee.  28 U.S.C. § 2679(d)(1).

6. In a case in which there are multiple defendants, agreement of all defendants is not necessary for removal by a federal defendant. *Ely Valley Mines, Inc. v. Hartford Accident & Indem. Co.,* 644 F.2d 1310, 1315 (9th Cir. 1981). Upon filing of a notice of removal, the entire case is removed even if the removing defendant is the only federal party. *Id.* In this case, the removing defendant is the only defendant.

7. Pursuant to Local R. Civ. P. 3.6(a), a notice of this filing, along with a copy

of this Notice of Removal, has been or, upon issuance of a district court docket number, will be filed with the clerk of Superior Court of Arizona, Pima County.

8. Pursuant to Local R. Civ. P. 3.6(b), a true and complete copy of the state court record and accompanying verification are filed with this Notice.

RESPECTFULLY SUBMITTED this 25th day of March, 2020.

> MICHAEL BAILEY
> United States Attorney
> District of Arizona
>
> */s/ Melissa Marcus Kroeger*
> MELISSA MARCUS KROEGER
> Assistant U. S. Attorney

Copy of the foregoing served by
U.S. mail this 25th day of March, 2020, to:

Jodi Cross
4801 N. Fellows Avenue
Tucson, Arizona  85705
Plaintiff Pro Se

*/s/ Mary M. Parker*